DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA

FOURTH DISTRICT

**ANTHONY TURNER** and **SUSAN TURNER,**
Appellants,

v.

**COUNTRYWIDE HOME LOANS SERVICING, LP.,**
Appellee.

No. 4D14-535

[December 7, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit; Howard H. Harrison, Judge; L.T. Case No. 502007CA021156XXXXMBAW.

Thomas P. Murphy of T.P. Murphy's Law, P.A., Miami, for appellant Susan Turner.

Mary J. Walter of Leibler Gonzalez & Portuondo, Miami, for appellee Bank of America, N.A.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE, and SINGHAL, RAAG, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***